**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**


IN RE:   CORINNE E. ZATKOS fla CORINE ROBINSON        CASE NO.  1-17-01106
                            Debtor

TOYOTA MOTOR CREDIT  CORPORATION
                            Movant
                                                                            CHAPTER 13
v.

CORINNE E. ZATKOS fla CORINE ROBINSON
                            Debtor

CHARLES J. DEHART. III, ESQ.
                            Trustee



**ANSWER TO MOTION OF TOYOTA MOTOR CREDIT CORPORATION FOR RELIEF FROM THE STAY**


1.   ADMITTED.

2.   ADMITTED.

3.   ADMITTED.

4.   ADMITTED.

5.   ADMITTED.

6.   Denied that Debtor has failed to make monthly post-petition payments for the months

of August 2017 through October 2017.

7.  ADMITTED.

8.  DENIED  that the Automatic Stay should be lifted and that Movant lacks adequate

    protection of its interest in the Vehicle .

9.   Denied that Debtor should be entitled to a waiver of Bankruptcy Rule 4001(a)(3).


**WHEREFORE** Debtor requests Movant's Motion for Relief be denied.




**/s/ Larry W. Wolf, Esq.**
**215 Broadway**
**Hanover, PA  17331**
**Phone Number:   (717) 632-0067**