**LARRY W. WOLF, P.C.**
Attorney at Law
215 Broadway
Hanover, Pennsylvania 17331
(717) 632-0067
FAX (717) 632-6405

December 13, 2017

Clerk of the Bankruptcy Court
P O Box 908
Harrisburg PA  17108

    RE:    Corinne E. Zatkos
           No. 1-17-01106 RNO
           Change of Address

Dear Clerk:

Please change the above Debtor's address on her Chapter 13 Petition.

**Debtor, Corinne E. Zatkos:   The new  address is 721 Blossom Drive,  Hanover, PA  17331.**

Thank you.

                                                  Very truly yours,

                                                /s/ Larry W. Wolf, Esq.
                                                Larry W. Wolf, Esq.

LWW:emp