```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                                Case No. 17-01106-HWV
Corinne Elizabeth Zatkos                                              Chapter 13
          Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke                Page 1 of 2                   Date Rcvd: Mar 17, 2020
                               Form ID: 3180W                 Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2020.
```
db             +Corinne Elizabeth Zatkos,    721 Blossom Drive,    Hanover, PA 17331-2077
4898692        +Andrew Callahan, Esquire,    Midland Funding LLC,    1 International Plaza, 5th floor,
                 Philadelphia, PA 19113-1510
4898693         Bethesda Dermatopathology Laborator,    1730 Elton Road,    Suite 11,
                 Silver Spring, MD 20903-5724
4898697        +Commonwealth of Pennsylvania,    Office of UC Benefits,    P O Box 67503,
                 Harrisburg, PA 17106-7503
4899549        +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
4898698        +Credit Acceptance,    P O Box 5070,    Southfield, MI 48086-5070
4898699        +Credit Bureau of York, Inc.,    33 S. Duke Street,    York, PA 17401-1485
4898700         Emergency Physicians Assoc. of PA,    P O Box 740021,    Cincinnati, OH 45274-0021
4898702        +FBCS,    330 S. Warminster Road,    Suite 353,    Hatboro, PA 19040-3433
4898703         First National Credit Card,    500 E 60th Street N,    Sioux Falls, SD 57104-0478
4898704        +Great Lakes Higher Education,    P O Box 7860,    Madison, WI 53707-7860
4898705         Hanover Medical Group,    P O Box 824221,    Philadelphia, PA 19182-4221
4898706        +Joshua D. Clouser  Inmate# KE8176,    State Correctional Institute,    500 E. Fourth Street,
                 Chester, PA 19013-4551
4898709        +Midland Funding LLC,    P O Box 2044,    Warren, MI 48090-2044
4898711        +Mountain View OB-GYN,    20 North Street,    Hanover, PA 17331-2275
4898713        +RMS,    77 Hartland Street,    Suite 401,    East Hartford, CT 06108-3253
5226443         Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3002,
                 Malvern  PA 19355-0702
4944351        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
4917479         US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
4898719        +US Department of Education/Great La,    2401 International,    P O Box 7859,
                 Madison, WI 53707-7859
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4898694        +EDI: CAPITALONE.COM Mar 17 2020 23:13:00      Capital One Bank USA NA,    P O Box 30281,
                 Salt Lake City, UT 84130-0281
4898695         EDI: WFNNB.COM Mar 17 2020 23:13:00      Comenity Bank/Lane Bryant,    P O Box 182789,
                 Columbus, OH 43218-2789
4898696         EDI: WFNNB.COM Mar 17 2020 23:13:00      Comenity Bank/Victoria Secret,    P O Box 182789,
                 Columbus, OH 43218-2789
4898701        +E-mail/Text: bknotice@ercbpo.com Mar 17 2020 19:10:42      Enhanced Recovery Company,
                 P O Box 57547,    Jacksonville, FL 32241-7547
4898707        +EDI: LTDFINANCIAL.COM Mar 17 2020 23:13:00      LTD Financial Service, LP,
                 7322 Southwest Fwy, Suite 1600,    Houston, TX 77074-2134
4922714         E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 17 2020 19:12:41      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
4898708        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 17 2020 19:12:31      Merrick Bank,
                 P O Box 1500,    Draper, UT 84020-1500
4898710        +EDI: MID8.COM Mar 17 2020 23:13:00      Midland Funding LLC,    2365 Northside Drive,    Suite 300,
                 San Diego, CA 92108-2709
4936500        +EDI: MID8.COM Mar 17 2020 23:13:00      Midland Funding, LLC,
                 Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO Box 2011,
                 WARREN, MI 48090-2011
4898712        +E-mail/Text: Bankruptcies@nragroup.com Mar 17 2020 19:10:49      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
4949134         EDI: PRA.COM Mar 17 2020 23:13:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4900198        +EDI: PRA.COM Mar 17 2020 23:13:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
4898714         EDI: RMSC.COM Mar 17 2020 23:13:00      Synchrony Bank/Amazon PLCC,    P O Box 9965015,
                 Orlando, FL 32896-5015
4898715        +EDI: RMSC.COM Mar 17 2020 23:13:00      Synchrony Bank/Matress Warehouse,    P O Box 965036,
                 Orlando, FL 32896-5036
4898716         EDI: RMSC.COM Mar 17 2020 23:13:00      Synchrony Bank/Mattress Warehouse,    P O Box 965033,
                 Orlando, FL 32896-5033
4898717         EDI: RMSC.COM Mar 17 2020 23:13:00      Synchrony/Old Navy,    P O Box 965036,
                 Orlando, FL 32896-5036
4898718         EDI: TFSR.COM Mar 17 2020 23:13:00      Toyota Financial Services,    P O Box 5855,
                 Carol Stream, IL 60197-5855
5242108         EDI: BL-TOYOTA.COM Mar 17 2020 23:13:00      Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4904913         York Hospital,   Creditor entered in error.,    See claim 2
```

```
District/off: 0314-1           User: AutoDocke          Page 2 of 2              Date Rcvd: Mar 17, 2020
                               Form ID: 3180W           Total Noticed: 38

cr*             +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
5226444*         Toyota Motor Credit Corporation,   c/o Becket and Lee LLP,   PO Box 3002,
                  Malvern   PA 19355-0702
                                                                                     TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Larry W. Wolf    on behalf of Debtor 1 Corinne Elizabeth Zatkos  ephillips@larrywwolf.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 4
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | Corinne Elizabeth Zatkos | | Social Security number or ITIN | xxx–xx–7281 |
| | First Name   Middle Name   Last Name | | EIN | __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN EIN | ____ __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | | |
| Case number: | 1:17–bk–01106–HWV | | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Corinne Elizabeth Zatkos
fka Corinne Robinson

**By the court:**

*[signature]*

3/17/20

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**